**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**RENALDO BENNETT**                                                                                           **PLAINTIFF**

**v.**                                    **Case No. 4:16-cv-00681 KGB**

**BANK OF AMERICA, N.A.,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Plaintiff Renaldo Bennett and defendants Bank of America, N.A., and Marinosci Law Group, PC, have filed a stipulation of dismissal (Dkt. No. 10).  The parties inform the Court that Mr. Bennett and Bank of America, N.A., have entered into a confidential settlement agreement, and the parties request that the Court enter an Order dismissing with prejudice Mr. Bennett's complaint against both defendants.

In accordance with the parties' stipulation, the Court dismisses Mr. Bennett's complaint with prejudice, with all parties bearing their own costs and attorney's fees.  The Court retains jurisdiction for 90 days from the date of this Order to enforce the terms of the settlement agreement.

So ordered this 12th day of January, 2017.

_____
Kristine G. Baker
United States District Judge